# EXHIBIT A

[redacted]