**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUEHENG WANG,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-02453 |

**<u>MOTION FOR ADMISSION PRO HAC VICE OF ZHAN JIN</u>**

Zhan Jin, undersigned counsel for Plaintiff Yueheng Wang, hereby moves that Zhan Jin be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Yueheng Wang pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Zhan Jin filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Date: November 13, 2026

Respectfully submitted,

*/s/ Zhan Jin*
Zhan Jin (CA-355793)
***Law Office of Tina Z. Jin***
1769 Hillsdale Ave., Ste 24483
San Jose, CA 95154
Email: tinajin@zjinlaw.com
Phone: (408) 338-8500

*ATTORNEY FOR PLAINTIFF*