**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

YUEHENG WANG,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-02453

**AFFIDAVIT OF ZHAN JIN**

I, Zhan Jin, make this affidavit in support of the motion to be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Zhan Jin, being duly sworn, do hereby depose and say as follows:

1. I am an attorney at the law firm, Law Office of Tina Z. Jin.
2. My business address is 1769 Hillsdale Ave., Ste 24483, San Jose, CA 95154.
3. I am a member in good standing of the bar of California.
4. My bar identification number is 355793.
5. A certificate of good standing from California is attached to this affidavit.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.
8. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: November 13, 2026

Respectfully submitted,

*/s/ Zhan Jin*

Zhan Jin (CA-355793)
***Law Office of Tina Z. Jin***
1769 Hillsdale Ave., Ste 24483
San Jose, CA 95154
Email: tinajin@zjinlaw.com
Phone: (408) 338-8500

*ATTORNEY FOR PLAINTIFF*