**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| YUEHENG WANG,<br>Plaintiff,<br>v.<br>SCHEDULE A DEFENDANTS,<br>Defendants. | Civil Case No.: 2:26-cv-02453-RJC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Under Rules 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff hereby gives notice that this action is voluntarily dismissed without prejudice. Schedule A Defendants, the Individuals, Partnerships, and Unincorporated Associations identified in Schedule A have not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff hereby gives notice of the voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B)

Date: November 25, 2026

Respectfully submitted,

/s/ Zhan Jin
Zhan Jin (CA-355793)
***Law Office of Tina Z. Jin***
1769 Hillsdale Ave., Ste 24483
San Jose, CA 95154
Email: tinajin@zjinlaw.com
Phone: (408) 338-8500

*ATTORNEY FOR PLAINTIFF*